

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00082-CV

| | | |
|---|---|---|
| J-W POWER COMPANY, Appellant | § | On Appeal from the 271st District Court |
| | § | of Jack County (19-07-077) |
| V. | § | December 19, 2024 |
| JACK COUNTY APPRAISAL DISTRICT, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT ON REMAND

This appeal is on remand from the Texas Supreme Court.

This court has again considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse the trial court's judgment as to the following compressors as referenced by unit numbers 3518, 4978, 3744, 2266, 5782, 4820, 5057, 3534, 3918, 5579, 5662, 5790, 5890, and 5905. We remand this matter to the trial court for a determination of any attorney's fees to be

awarded and a calculation of any potential refund of taxes and interest. In all other respects, we affirm the trial court's judgment.

It is further ordered that Appellant J-W Power Company and Appellee Jack County Appraisal District shall split all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
    Justice Dabney Bassel